IN THE COURT OF APPEALS OF THE STATE OF IDAHO
Docket No. 39423

| | |
|---|---|
| STATE OF IDAHO, | ) 2013 Unpublished Opinion No. 320 |
| | ) |
| Plaintiff-Respondent, | ) Filed: January 10, 2013 |
| | ) |
| v. | ) Stephen W. Kenyon, Clerk |
| | ) |
| MARIANO PEREZ, SR., | ) THIS IS AN UNPUBLISHED |
| | ) OPINION AND SHALL NOT |
| Defendant-Appellant. | ) BE CITED AS AUTHORITY |
| | ) |

Appeal from the District Court of the Third Judicial District, State of Idaho, Canyon County. Hon. Renae J. Hoff, District Judge.

Order denying Idaho Criminal Rule 35 motion for reduction of sentence, affirmed.

Sara B. Thomas, State Appellate Public Defender; Jordan E. Taylor, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before GUTIERREZ, Chief Judge; LANSING, Judge;
and GRATTON, Judge

_____

PER CURIAM

Mariano Perez, Sr. pled guilty to possession of a controlled substance. Idaho Code § 37-2732(c)(1). The district court sentenced Perez to a unified term of four years, with two years determinate. Perez filed an Idaho Criminal Rule 35 motion, which the district court denied. Perez appeals.

A motion for reduction of sentence under Rule 35 is essentially a plea for leniency, addressed to the sound discretion of the court. *State v. Knighton*, 143 Idaho 318, 319, 144 P.3d 23, 24 (2006); *State v. Allbee*, 115 Idaho 845, 846, 771 P.2d 66, 67 (Ct. App. 1989). In presenting a Rule 35 motion, the defendant must show that the sentence is excessive in light of new or additional information subsequently provided to the district court in support of the

1

motion.  *State v. Huffman*, 144 Idaho 201, 203, 159 P.3d 838, 840 (2007).  Upon review of the record, including the new information submitted with Perez's Rule 35 motion, we conclude no abuse of discretion has been shown.  Therefore, the district court's order denying Perez's Rule 35 motion is affirmed.